1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8   UNITED STATES OF AMERICA,

9                        Plaintiff,              Case No. MJ13-180

10         v.                                    **DETENTION ORDER**

11  JEFFREY LAVIOLETTE,

12                        Defendant.

13  Offenses charged:

14        Conspiracy to Distribute MDMA (Ecstacy) and Possession of MDMA (Ecstacy) with

15  Intent to Distribute.

16  Date of Detention Hearing:  April 3, 2013.

17        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

18  and based upon the factual findings and statement of reasons for detention hereafter set forth,

19  finds that no condition or combination of conditions which the defendant can meet will

20  reasonably assure the appearance of the defendant as required and the safety of any other person

21  and the community.

22        **FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

23        The Court received no information about defendant's ties to the community, health,

DETENTION ORDER - 1

employment, financial status or drug and alcohol use.  Defendant is not a citizen and there is a

immigration detainer lodged against him.  Defendant has robbery convictions in his home

country and there are pending active warrants for his arrest on those matters.  Defendant

stipulated to detention and offered no grounds for release.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correctional facility separate, to the extent practicable,

from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

(3)     On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the correctional facility in which Defendant is confined

shall deliver the defendant to a United States Marshal for the purpose of an appearance in

connection with a court proceeding; and

(4)     The Clerk shall direct copies of this order to counsel for the United States, to

counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

Officer.

DATED this 3rd day of April, 2013.


_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2